UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MARCUS PATTERSON | CIVIL ACTION NO. 21-cv-1305 |
| VERSUS | JUDGE FOOTE |
| CORVEL CORP ET AL | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Silver Oak Casualty, Inc.'s Motion for Leave to File Complaint of Intervention (Doc. 10) is denied. It is further ordered that, pursuant to Fed. R. Civ. Pro. 19, this case is remanded to state court where Silver Oak may join the case as an intervenor and protect its interest

THUS DONE AND SIGNED at Shreveport, Louisiana, this the __2nd__ day of __September__, 2021.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE